(No. 7164. December 15, 1944.)

GEM STATE MUTUAL LIFE ASSOCIATION, INC., a corporation, Appellant, v. W. L. ROBISON, G. W. SUPPIGER and B. W. OPPENHEIM, constituting and being the Industrial Accident Board of the State of Idaho, Respondents.

(154 P. (2d) 166.)

Carl C. Christensen for appellant.

Bert H. Miller, Attorney General, and Thomas Y. Gwilliam, Assistant Attorney General, for respondents.

GIVENS, J.—The above entitled case is governed by *Idaho Mutual Benefit Assoc., Inc. v. W. L. Robison, et al.*, 65 Ida. 793, 154 P. (2d) 156, decided this day. Accordingly, the same judgment will be entered herein as therein.

Holden, C. J., and Ailshie, J., concur.

BUDGE, J., Dissenting.—For the reasons stated in my dissenting opinion in *Idaho Mutual Benefit Assoc., Inc. v. W. L. Robison, et al., ante*, p. 793, 154 P. (2d) 156, I dissent from the decision in this case.

Justice Dunlap concurs in this dissent.

(No. 7168. December 15, 1944.)

BENEFICIAL PROTECTIVE ASSOCIATION, INC., a corporation, Appellant, v. W. L. ROBISON, G. W. SUPPIGER and B. W. OPPENHEIM, constituting and being the Industrial Accident Board of the State of Idaho, Respondents.

(154 P. (2d) 166.)

Merrill & Merrill for appellant.

Bert H. Miller, Attorney General, and Thomas Y. Gwilliam, Assistant Attorney General, for respondents.

GIVENS, J.—The above entitled case is governed by *Idaho Mutual Benefit Assoc., Inc. v. W. L. Robison, et al.,* 65 Ida. 793, 154 P. (2d) 156, decided this day. Accordingly, the same judgment will be entered herein as therein.

Holden, C. J., and Ailshie, J., concur.

BUDGE, J., Dissenting.—For the reasons stated in my dissenting opinion in *Idaho Mutual Benefit Assoc., Inc. v. W. L. Robison, et al., ante,* p. 793, 154 P. (2d) 156, I dissent from the decision in this case.

Justice Dunlap concurs in this dissent.

(No. 7224. December 18, 1944.)

N. B. DOXSTATER and LUCILLE DOXSTATER, his wife, Respondents, v. NORTHWEST CITIES GAS COMPANY, a corporation, Appellant.

(154 P. (2d) 498.)

Rehearing Denied January 15, 1945.

